COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOLORES NARVAEZ, LUIS | § | No. 08-19-00133-CV |
| NARVAEZ, EDUARDO VELARDE, | | |
| JOSE JUAN VELARDE, JULIETA | § | AN ORIGINAL PROCEEDING |
| DURAN, LUZ MAGDALENA | § | |
| ESCOBAR, and JOSE ANTONIO | | IN MANDAMUS |
| VELARDE JUAREZ, | § | |
| | § | |
| Relators. | § | |

## MEMORANDUM OPINION

Relators have filed a motion to dismiss this mandamus proceeding with prejudice, stating that they have reached a settlement with Real Party in Interest Darron Powell and Darron Powell, PLLC.[1]  Attached to the motion is an agreed order of dismissal with prejudice signed by the Honorable Eduardo Gamboa of El Paso Probate Court No. 2.

Because this dispute has been settled, the motion to dismiss is granted, and this mandamus action is hereby dismissed.

April 9, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)

---

[1] Relators previously reached a settlement with the other real party in interests in this mandamus action (Hector Phillips and Hector Philips, P.C.) and moved to dismiss the mandamus action in part as to those parties. *See In re Narvaez*, No. 08-19-00133-CV, 2019 WL 4668513, at *1 (Tex.App.—El Paso Sept. 25, 2019, orig. proceeding)(mem. op.).